IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN MCGHEE
#44743                                                                                    PLAINTIFF

v.                                    3:24-cv-00240-BRW

POINSETT COUNTY DETENTION CENTER                                   DEFENDANT

### ORDER

Plaintiff has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983.[1] On January 2, 2025, the Court ordered him to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*.[2] Plaintiff was cautioned this case would be dismissed without prejudice if he did not do so within thirty (30) days.[3] Plaintiff has not complied with that Order, and the time to do so has expired.

Accordingly, this case is dismissed without prejudice due to a lack of prosecution.[4] An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[5]

IT IS SO ORDERED this 6th day of February 2025.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Complaint, Doc. 1.

[2] Order, Doc. 2.

[3] *Id.*

[4] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[5] 28 U.S.C. § 1915(a)(3).