IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN MCGHEE
#44743                                                                                     PLAINTIFF

v.                                       3:24-cv-00240-BRW

POINSETT COUNTY DETENTION CENTER                                DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 6th day of February, 2025.


                                          BILLY ROY WILSON
                                  UNITED STATES DISTRICT JUDGE